# United States Bankruptcy Court
## Western District of Michigan

In re: **Michael J Calvert / Amy M Calvert**, Debtor(s)

Case No. 11-09028
Chapter 7

## ASSET PROTECTION REPORT

By local rule of this court, debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7 must file an **Asset Protection Report** giving information about the status of insurance coverage on assets in the estate. The back of this page shall be completed with the following information: (1) description of the asset and location; (2) the debtor's insurance agent for the asset, or if none, the insurance underwriter; (3) the policy limit of the policy with respect to the asset; (4) the expiration date of the policy and (5) if the asset is secured, the name of the secured party and whether the debtor insures the interest of that party. If the debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property or does not wish the trustee to use estate funds to procure such coverages, the debtor(s) may sign the waiver below.

Debtors are requested to provide the trustee with copies of all insurance policies and/or declarations representing each insurable asset within fifteen days of the filing of the petition.

## REQUEST TO TRUSTEE
## NOT TO INSURE EXEMPTIBLE ASSETS

I, a debtor who as signed below, state that I intend to provide insurance protection for any exemptible interests in real or personal property in this estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Date: **August 10, 2011**

/s/ Michael J Calvert
**Michael J Calvert**
Debtor

Date: **August 10, 2011**

/s/ Amy M Calvert
**Amy M Calvert**
Co-Debtor

| TYPE OF ASSET | DESCRIPTION AND LOCATION | NAME AND ADDRESS OF INSURANCE AGENT OR UNDERWRITER | POLICY LIMIT AND EXPIRATION DATE | SECURED PARTIES: DO YOU INSURE THEIR INTEREST? |
|---|---|---|---|---|

REAL PROPERTY: (Include any property in which the debtor has an interest, including leased property if the lease requires the debtor to maintain insurance-coverages)

|  | Location: 824 Irwin Avenue, Albion MI 49224 | AAA Insurance |  | Yes |
|---|---|---|---|---|

PERSONAL PROPERTY:
1. Household Goods:


2. Motor Vehicles:

|  | 2003 Tahoe by Thor camper | AAA Insurance |  | Yes |
|---|---|---|---|---|
|  | 2010 Chevy Malibu - wife's car | AAA Insurance |  | Yes |
|  | 2003 Olds Intrigue - husband's car | AAA Insurance |  | Yes |

3. Boats, Motors, Snowmobiles, etc.:
    **-NONE-**

4. Livestock:
    **-NONE-**

5. Equipment & Fixtures:
    **-NONE-**

6. Inventory:
    **-NONE-**

7. Miscellaneous Other Property:
    **-NONE-**


Dated: **August 10, 2011**        **/s/ Michael J Calvert**
                                                      **Michael J Calvert**
                                                      (Debtor)

Dated: **August 10, 2011**        **/s/ Amy M Calvert**
                                                      **Amy M Calvert**
                                                      (Co-Debtor)